No. 10–206. GOULD, SHERIFF, CAYUGA COUNTY, NEW YORK, ET AL. *v.* CAYUGA INDIAN NATION OF NEW YORK. Ct. App. N. Y. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–5101. WILLIAMS *v.* TEMPLE. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–5109. KUMVACHIRAPITAG *v.* MICROSOFT CORP. ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–5153. BUCHANAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–5207. WATSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–5210. KYLES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–5228. BARRIOS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–5231. ADKINS *v.* SEMPLE, WARDEN. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–5233. AHMADZAI *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 10–5257. PALACIOS *v.* GRAHAM, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari